# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN DEWAYNE WINCHESTER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-14-411-R ) |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 7. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 27th day of June, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE